■ In the Matter of JAMES A. SACCO, as Supervisor of the Town of Niagara, Respondent, v BARBARA MARUCA et al., Constituting the Town Board of the Town of Niagara, Appellants. (Appeal No. 2.)—Judgment unanimously affirmed with costs. Same Memorandum as in *Matter of Sacco v Maruca* ([appeal No. 1] 175 AD2d 578 [decided herewith]). (Appeal from Judgment of Supreme Court, Niagara County, Mintz, J.—Article 78.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.